158 So. 533

**Ex parte Edgar WEBB (STATE ex rel. v. WEBB).**

**8 Div. 623.**

Supreme Court of Alabama.

Jan. 3, 1935.

McAfee & Nix and S. A. Lynne, all of Decatur, for petitioner.

Julian Harris and Wade Wright, both of Decatur, for respondent.

FOSTER, Justice.

Upon the authority of Ex parte Wert Hill, ante, p. 501, 158 So. 531, this day decided, the decree of the lower court is modified, and, as modified, it is affirmed, and petitioner ordered discharged.

Modified and affirmed, and petitioner discharged.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.